IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| In re: | * | |
| --- | --- | --- |
| | * | |
| **MINH B. TRAN** | * | Case No. 12-12352 |
| | * | |
| **Debtor** | * | |

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

ORDERED that the unclaimed funds in the amount of $ **12,040.67** currently on deposit with the Treasury of the United States, be returned to:

**Minh Tran**
**c/o Jeremy C. Huang, Esq.**
**Huang Law, PLLC**
**4120 Leonard Dr.**
**Fairfax, VA 22030**

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Jul 29 2014

/s/ Brian F. Kenney
Hon. Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: July 30, 2014

I ask for this:

**/s/ Jeremy C. Huang**
Jeremy C. Huang, VSB No. 76861
HUANG LAW, PLLC
4120 Leonard Dr.
Fairfax, VA 22030
703-755-0214 / jeremy@huanglawoffice.com

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

**/s/ Jeremy C. Huang**
Jeremy C. Huang

## PARTIES TO RECEIVE COPIES

Thomas Gorman
Chapter 13 Trustee
300 N. Washington St, Suite 400
Alexandria, VA 22314

Minh Tran
5301 Poplar Valley Ct
Centreville, VA 20120

Bank Of America
Po Box 982238
El Paso, TX 79998-0000

Chase
Po Box 15298
Wilmington, DE 19850-0000

Citi
Po Box 6241
Sioux Falls, SD 57117-0000

Green Tree Servicing L
332 Minnesota St Ste 610
Saint Paul, MN 55101-0000

Pnc Mortgage
6 N Main St
Dayton, OH 45402-0000

Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773-0000

**END OF ORDER**